COA #  10-13-00153-CR

OFFENSE:  Theft

STYLE:  Donald Eugene Mims v. The State of Texas

COUNTY:  Brazos

TRIAL COURT:  85th District Court
TRIAL COURT #:  10-03653-CRF-85
TRIAL COURT JUDGE:  Hon. J. D. Langley
DISPOSITION:  Affirmed

_____ MOTION
FOR REHEARING IS:  _____
DATE:  _____
JUDGE:  _____

DATE:  June 26, 2014

JUSTICE:  Chief Justice Gray      PC        S    X

PUBLISH:  _____        DNP:  X

CLK RECORD:  May 21, 2013
RPT RECORD:  November 20, 2013
STATE BR:  May 15, 2014
APP BR:  February 18, 2014

SUPP CLK RECORD:  _____
SUPP RPT RECORD:  _____
SUPP BR:  _____
CORRECTED BR:  March 4, 2014

## IN THE COURT OF CRIMINAL APPEALS

CCA # _____

_____ APPELLANT'S Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

refused

DATE:  Dec. 10, 2014
JUDGE:  PC

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____      PC: _____
PUBLISH: _____      DNP: _____

_____ MOTION FOR REHEARING IN
CCA IS: _____ ON _____
JUDGE: _____

MOTION FOR STAY OF MANDATE IS:
_____ ON _____
JUDGE: _____